IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 26-cv-0787-WJM

RICARDO MORENO SANTANA,

    Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Detention Facility, *et al*.

    Respondents.

## ORDER

This matter is before the Court on reassignment of this action from Magistrate Judge Susan Prose. The Court notes that Respondents have already responded (ECF No. 8) to Petitioner Richardo Moreno Santana's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2241 ("Petition") (ECF No. 1). Upon review of the record, the Court elects not to order a reply in support of the Petition from Moreno Santana. The Court will issue a ruling on the Petition in short order.

Pursuant to the All Writs Act, 28 U.S.C. § 1651, and in order to preserve this Court's jurisdiction, Respondents are hereby ENJOINED from removing, transferring, or causing to remove or transfer, Petitioner from the District of Colorado until such time as this Court, or the Tenth Circuit Court of Appeals, vacates this Order.

Dated this 6th day of March, 2026.

BY THE COURT:

_____
William J. Martinez
Senior United States District Judge